Date of Arrest: 02/06

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Ramiro MARTINEZ-Morales<br>AKA: None Known<br>209942456<br>YOB: 1987<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 22-1155MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about February 06, 2022, Defendant Jose Ramiro MARTINEZ-Morales, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about August 25, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louie Uhl*
*SAD for LCU*

_____
Signature of Complainant
Michelle Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____February 08, 2022_____ at   Yuma, Arizona
Date                                                                   City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Jose Ramiro MARTINEZ-Morales
AKA: None Known
209942456

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 06, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Centro, California on or about May 14, 2017. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about August 25, 2019, through the port of Calexico, California.

Agents determined that on or about February 06, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Richard Hiller, Matthew Taynton, and Brandon Vincent.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: SBPA Jeffrey McBride.

Signature of Complainant

Sworn to before me and subscribed telephonically,

February 08, 2022
Date

Signature of Judicial Officer

-2-